UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AWOKE GEBRETSADIKE,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1951 (RCL) |

**DEFENDANT'S RULE 16.3(c) REPORT**

Defendant District of Columbia (the District) respectfully submits this report to the Court under Fed. R. Civ. P. 26(f), LCvR 16.3(c), and the Court's March 30, 2023 Order.[1]

**LCvR 16.3 MATTERS**

1. <u>Dispositive Motions</u>: The District anticipates filing a dispositive motion after discovery is completed.

2. <u>Joinder of Parties/Amendment of Pleadings/Narrowing of Issues</u>:  The Court ordered that Plaintiff may move for leave to amend the Complaint by April 20, 2023.  Mar.

---

[1]   Undersigned counsel for the District attempted to confer with Plaintiff *pro se* about the LCvR 16.3 matters in good faith during a scheduled meeting on April 13, 2023, at 3:30 p.m., to provide the Court with a joint report and proposed scheduling order.  Although the parties were not able to agree on all aspects of the Rule 16.3 matters, undersigned counsel attempted to work with Plaintiff to draft a joint report that describes the parties' competing proposals where applicable.  In response to undersigned counsel's email seeking Plaintiff's input on a draft following the parties' meet and confer, Plaintiff informed the undersigned on April 25, 2023, that he filed a motion with the Court "reflecting [his] positions." Ex. 1, Apr. 25, 2023 Email from Awoke Gebretsadike to AAG Rachel Gale.  Furthermore, Plaintiff stated that the District should file its own report. *Id.*  On April 21, 2023, Plaintiff filed a motion for an extension of time to move for leave to amend his complaint that included Plaintiff's position on the Rule 16.3 matters, but it was not docketed and undersigned counsel did not receive notice of it until April 26, 2023.  *See* ECF No. 13.

30, 2023 Order, ECF No. 12.  Plaintiff moved for an extension of this deadline on April 21, 2023.  *See* ECF No. 13.  Since the Court granted Plaintiff's motion, *see* ECF No. 14, the District requests that it have 30 days after the filing of Plaintiff's amended complaint to file its response to the amended pleading.

3. <u>Magistrate Judge</u>:  The District does not consent to assigning this case to a magistrate judge for all purposes, including trial.

4. <u>Possibility of Settlement</u>:  The District anticipates engaging in at least some discovery prior to pursuing any settlement discussions.

5. <u>ADR</u>:  The District believes that informal settlement negotiations will be sufficient to entertain a possible resolution of the case before trial but is not opposed to considering formal mediation if those efforts fail.

6. <u>Motions</u>:  The District believes liability issues can be resolved by summary judgment but requests that the Court set a briefing schedule on dispositive motions after the close of all discovery.

7. <u>Initial Disclosures</u>:  The District proposes that the parties exchange Fed. R. Civ. P. 26(a)(1) initial disclosures on or before May 30, 2023.

8. <u>Discovery Plan</u>:  The District proposes that each party be allowed 5 depositions and 25 interrogatories.  The District may consider filing a Motion for a Protective Order governing the disclosure and use of the District's confidential personnel information and other personally identifiable information if warranted.

   The District proposes that discovery as to witnesses and documents be subject to the limitations set forth in Rules 26, 30, 33, 34, and 36 of the Federal Rules of Civil Procedure.  The District proposes the following schedule for discovery:

| Event | Deadline |
|---|---|
| Deadline for discovery requests under Rules 33, 34, and 36 | June 13, 2023 |
| Plaintiff's expert witness designations and disclosures | June 27, 2023 |
| Defendant's rebuttal expert witness designations and disclosures | August 28, 2023 |
| Close of discovery | September 27, 2023 |

9. <u>Disclosure, Discovery, and Preservation of ESI</u>:  The District anticipates discussing and agreeing to the parameters and search terms to govern any request for the production of emails under Fed. R. Civ. P. 26.  Such agreement would outline:

    (1) identification of custodians to be searched;

    (2) identification of the date range to be searched;

    (3) identification of search terms;

    (4) understanding of methodology for conducting the searches and review.

    The District proposes producing electronically stored information (ESI) metadata to Plaintiff as follows, under the limitations set forth in Fed. R. Civ. P. 26(b):  The District requests that ESI production and imaged hard copy documents, including email, should be rendered to TIFF image format and accompanied by an image cross reference (load) file; and all applicable metadata should be extracted and provided in load file format.

10. <u>Privilege/Protection Claims</u>:  The District anticipates that an agreement regarding claims of privilege or of protection as trial preparation materials will be included if the District moves for a protective order as referenced in Paragraph 8 above.

11. Expert Witness Reports and Depositions:  The District proposes that Plaintiff identify the areas of expertise in which he intends to identify any experts by June 6, 2023.  The District proposes that Plaintiff serve his expert report and disclosures by June 27, 2023, and that the District serve its rebuttal expert report and disclosures by August 28, 2023.  The District proposes no changes to the requirements of Fed. R. Civ. P. 26(a)(2)(C).

12. Class Action:  This case is not a class action.

13. Bifurcation:  The District does not believe that bifurcation of trial or discovery is necessary at this time.

14. Pretrial Conference:  The District proposes that the Court set a date for a pretrial conference after resolving any motion for summary judgment.

15. Trial Date:  The District proposes that the trial date be set at the final pretrial conference.

16. Other Matters: None.[2]

Date:   April 27, 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*

---

[2]   In preparing its LCvR 16.3 report, the District realized that it inadvertently failed to file an answer to the Complaint following the Court's March 30, 2023 Order resolving the District's motion to dismiss the Complaint; the District apologizes to the Court for this oversight.  But because Plaintiff intends to file an amended complaint, any answer filed in response to the Complaint would be moot.

>
> CHRISTINA OKEREKE [219272]
> Chief, Civil Litigation Division Section II
>
> */s/ Rachel B. Gale*
> RACHEL B. GALE [90003972]
> Assistant Attorney General
> 400 6th Street, NW
> Washington, DC 20001
> (202) 735-7458
> rachel.gale@dc.gov
>
> *Counsel for Defendant District of Columbia*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I served a copy of the foregoing Defendant District of Columbia's Rule 16.3(c) Report by email upon:

Awoke Gebretsadike
awokenigusse@gmail.com
*Plaintiff pro se*

>
> */s/ Rachel B. Gale*
> RACHEL B. GALE
> Assistant Attorney General

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AWOKE GEBRETSADIKE, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-cv-1951 (RCL) |

**ORDER**

Upon consideration of Plaintiff Awoke Gebretsadike's Report and Defendant District of Columbia's Rule 16.3(c) Report, it is this _____ day of _____ 2023, hereby

**ORDERED** that the Parties shall adhere to the following schedule:

| Event | Deadline |
|---|---|
| Rule 26(a) disclosures | May 30, 2023 |
| Deadline for discovery requests under Rules 33, 34, and 36 | June 13, 2023 |
| Plaintiff's expert witness designations and disclosures | June 27, 2023 |
| Defendant's rebuttal expert witness designations and disclosures | August 28, 2023 |
| Close of discovery | September 27, 2023 |

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
United States District Judge